PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SILVER APPLE iPHONE, CURRENTLY LOCATED AT THE FBI BUILDING, LOCATED AT 2001 FREEDOM WAY IN ROSEVILLE, CALIFORNIA | CASE NO.: 2:21-SW-00037-KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: March 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS